# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY, | § § § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. L-06-56 |
| RAFAEL A. MORALES, INC. and RAFAEL A. MORALES, | § § § § | |
| Defendants. | § | |

## O R D E R

Before the Court are Plaintiff's Motion for Leave to Amend Plaintiff's Original Complaint [Doc. No. 55], filed on June 27, 2007, and Plaintiff's Motion to Enlarge Time to File Response to Defendant Rafael A. Morales' Motion for Summary Judgment [Doc. No. 58], filed on June 28, 2007.

Each motion fails to include a certificate of conference as required by Local Rule 7.1D, S.D. Tex.   Plaintiff's motion for leave [Doc. No. 55] and Plaintiff's motion to enlarge time [Doc. No. 58] are therefore DENIED WITHOUT PREJUDICE for failure to comply with the Local Rules. IT IS SO ORDERED.

DONE at Laredo, Texas, this 2nd day of July, 2007.

Adriana Arce-Flores
United States Magistrate Judge